ACCEPTED
01-15-00148-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/10/2015 4:23:57 PM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00148-CV

_____

IN THE COURT OF APPEALS
FIRST JUDICIAL DISTRICT
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

12/10/2015 4:23:57 PM

CHRISTOPHER A. PRINE
Clerk

_____

CITY OF NASSAU BAY, TEXAS,
*Appellant*,


*v.*


H. RAY BARRETT and 1438 KINGSTREE LANE
*Appellees*.

_____

On Appeal from the 152nd Judicial District Court
of Harris County, Texas
Trial Court No. 2013-10661


_____

**JOINT MOTION TO DISMISS APPEAL**
_____

CHAMBERLAIN, HRDLICKA, WHITE,
WILLIAMS & AUGHTRY

William S. Helfand
State Bar No. 09388250
Attorney-in-Charge
Charles T. Jeremiah
State Bar No. 00784338
1200 Smith Street, Suite 1400
Houston, Texas 77002
Telephone: (713) 654-9630
Telecopier: (713) 658-2553

ATTORNEYS FOR APPELLANT
CITY OF NASSAU BAY, TEXAS

## JOINT MOTION TO DISMISS

TO THIS HONORABLE APPEALS COURT:

The Parties file this Joint Motion to Dismiss the above-referenced appeal.

1.     The parties in this matter, Case No. 01-15-00148-CV; styled "*City of Nassau Bay, Texas v. H. Ray Barrett and 1438 Kingstree Lane*" have resolved the lawsuit and underlying dispute.

2.     Accordingly, the Parties ask the Court to dismiss the pending appeal.

3.     For the reasons above the Parties pray that the Court grant their Joint Motion to Dismiss this appeal and order costs be taxed to the party incurring same.

Respectfully submitted,

*/s/ William S. Helfand*
William S. Helfand
Attorney-in-Charge
SBOT  No.  09388250
bill.helfand@chamberlainlaw.com
Charles T. Jeremiah
SBOT No. 00784338
charles.jeremiah@chamberlainlaw.com
ATTORNEYS FOR APPELLANTS

OF COUNSEL:

CHAMBERLAIN, HRDLICKA, WHITE,
    WILLIAMS & AUGHTRY
1200 Smith Street, Suite 1400
Houston, Texas  77002-4401
(713) 654-9630
(713) 658-2553 (Fax)

/s/ Iain Gordon Simpson \*
Iain G. Simpson
SBOT No. 00791667
Email: iain@simpsonpc.com
ATTORNEY FOR APPELLEES

*SIGNED BY PERMISSION*

OF COUNSEL:
SIMPSON, P.C.
1333 Heights Boulevard, Suite 102
Houston, Texas 77008
(281) 9089-0742
(281) 596-5960 – Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Joint Motion to Dismiss Appeal has been served via CM/ECF System and/or by certified mail, return receipt requested, on this 10th day of December, 2015 to:

Iain Gordon Simpson
Simpson, P.C.
1333 Heights Blvd, Ste 102
Houston, Texas 77088
Email: iain@simpsonpc.com

Jeffrey N. Todd
The Law Firm of Alton C. Todd
312 S. Friendswood Drive
Friendswood, Texas 77546
Email: Jeff@actlaw.com

/s/ Charles T. Jeremiah
Charles T. Jeremiah

2036185.1
130083.000001